■ GLENN R. BARROWMAN, Respondent, v NIAGARA MOHAWK POWER CORPORATION, Appellant. (Appeal No. 2.) [675 NYS2d 734] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.*, 155 AD2d 435; *see also*, CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Set Aside Verdict.) Present—Denman, P. J., Green, Pigott, Jr., Balio and Boehm, JJ.